# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Franklin Paul Pasto,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv939 NEB/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Texas.

Date: 2/14/26

KATE M. FOGARTY, CLERK